UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

          v.

WILLIAM JASON SYWAK,

          Defendant.

_____

21-MJ-417-GMH-02

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel of record in this case for Defendant, William Jason Sywak.

    DATED:    Buffalo, New York, June 21, 2021.

    Respectfully submitted,

**/s/ MaryBeth Covert**
MaryBeth Covert
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; FAX: 551-3346
marybeth_covert@fd.org

TO:    William Kennely Dreher
        Assistant United States Attorney