# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-cr-0949 - RC |
| | : | |
| ·v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | |
| **WILLIAM JASON SYWAK,** | : | |
| | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, William Jason SYWAK, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint

session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd

encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *SYWAK's Participation in the January 6, 2021, Capitol Riot*

8. On January 5 and 6, 2021, SYWAK and his father travelled together by car from New York to Washington D.C., to attend the "Stop the Steal" rally. They arrived in Washington D.C. at around 1:00 p.m. on January 6, 2021 and went to the U.S. Capitol grounds.

9. 9. At approximately 2:18 p.m., five minutes after rioters first breached the U.S. Capitol building through the Senate Wing Door, SYWAK and his son entered the U.S. Capitol building through the Senate Wing Door, then made their way toward the Crypt. While in the Crypt, SYWAK took photos and videos with his personal cell phone, which he shared with his online associates.

10. At the time he entered the U.S. Capitol building, SYWAK knew that he did not have permission to enter the building, and, while inside, SYWAK paraded, demonstrated, and picketed.

11. SYWAK remained inside the Capitol building for approximately 20 minutes; he exited the building through the Memorial Door on the east side of the building at approximately 2:40 p.m.

12. After exiting, SYWAK made his way toward the lower west plaza, where, at approximately 2:48 p.m., he joined a group of rioters close to the police line. The police were instructing the crowd, including SYWAK, to clear out and move back.

13. During the riot, SYWAK also made his way to the northeast courtyard and up the stairs leading to the Columbus Doors on the east side of the building, where he video-recorded a large crowd attempting to breach those eastern doors leading into the Capitol Rotunda.

14. At around 4:36 p.m., SYWAK texted a close associate, "this election is terrible an[d] they need to know shits gotta be taken seriously." He told the same associate that he heard bang grenades when he was in the Capitol.

15. On January 7, 2021, after SYWAK returned home to New York, he texted an associate to describe his experience at the riot: "Things I seen was aw[e]some people handing me pepper spray to get into the push." He described other rioters wielding chemical spray that "over powered that police pepper spray" and were targeting "right into a cops eyes." He stated, "The

people will not give up an[d] that's what we were showing them the capital is the people house not the governemts [sic] they work for us lol[.]"

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Emily W. Allen
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, William Jason Sywak, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1/5/2022

William Jason Sywak
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/5/2022

MaryBeth Covert
Attorney for Defendant