**EXHIBIT A**

Honorable Rudolph Contreras
United State district judge
℅ Mary Beth Covert
Assistant Federal Defendant
300 Pearl street, suit 200
Buffalo, NY 14202

 I Am Nikki Mundaniohl, William Sywaks fiance. I have known William since about summer of 2006, while I was on vacation visiting my mom through mutual friends. William and I have been together for 5 years now. In 2020 he bought a house, April  2021 we got engaged while on vacation in Colorado, July 2021 we welcomed our son Zander into the world. He is now the sole provider of the household while I stay home with our son. William is a hard worker, and is very determined  in life whatever he puts his mind to he gets it done. He is willing to help anyone out at any given time. He took my niece and sister in when she had a rough time while we were living in our apartment, until my sister could get back on her feet. William WOULD not have gone, if it wasn't for his father talking him into it. Him and his father were never really close, nor did they talk much up until the deciding of going. He looked more as just going to support Trump and have Father/Son time and announced he was going to be a grandfather. William has said he didn't think it was going to be nearly what it turned out to be. He regrets going to the Trump Rally. He wishes he could go back in time and just not go, due to it affecting our life, traveling, hiking, and visiting family in other states. We are always together and so excited to be parents and share this experience together. I hope that William is treated leniently and with Mercy for the sake of our child, he is a great dad and we both know what it is like to have parents missing out on our life's.

# EXHIBIT B

May 5th, 2022

Honorable Rudolph Contreras
United States District Judge
℅ MaryBeth Covert
Assistant Federal Public Defender
300 Pearl street, Suite 200
Buffalo, NY 14202

Dear Honorable Rudolph Contreras,

I am writing to you today regarding my son William Sywak who has a case in your court on June 6th, 2022. I would like to introduce myself. My name is Amy Fox, I am William's mother. I am forty six years old. I have been working at my job with DelawareNorth Companies for the past 27 years as a Payroll Administrator/Accounting Clerk. I have three kids and a stepdaughter. I have been with my husband Daryl for the last 13 years,

When it comes to my son, I have nothing but good words to say. Since childhood he has been a polite and respectful young boy. He has never talked back or argued with me. He did his chores when asked and helped out with his younger siblings. He has always been a hard worker. When it came to his schoolwork and his jobs he put in his best effort. School was a struggle but he was determined to always do his best. He always wanted to make a good impression. He has been working since he was 15 years old and has paid for most things that he owns. Even as an adult he impresses me with his work ethic and respect towards others.

When I heard the news about my son I was in shock. My heart hurt for him. I cannot even imagine what he was thinking or feeling. I never thought this would happen to him. William always has had good intentions and stayed out of trouble.

William never had a steady relationship with his father. He always longed to spend time with his dad and took any opportunity to have time with him. When his father asked him to go on the trip to Washington DC, William of course said yes. He took this as an opportunity to start fresh and bond with his father. He also wanted to use this trip to tell his father that he was going to be a dad himself. This trip was supposed to be a reconnection between father and son. I believe that William was at the wrong place at the wrong time.

William as father is a sight to see. He turned out to be a wonderful father. He is so warm and caring towards his son. Zander is a happy and funny baby. We are all so happy that he is in our lives.

I ask you out of the kindness of your heart to show leniency towards my son. This trip was supposed to bring happiness and excitement to a new father and grandfather. This has turned

into the opposite. William is stressed about the potential hardship he brought to his family. He only wants the absolute best for his family.

Respectfully,
Amy Fox

*Amy Fox*

**EXHIBIT C**

April 27th, 2022

Honorable Rudolph Contreras
United States District Judge
℅ MaryBeth Covert
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Honorable Rudolph Contreras,

To start off, I want to begin by introducing myself. My name is Rhiley Sibiga. I am twenty-three years old. For the past three years, and currently, I have worked as a Registered Nurse in the Buffalo area. My fiance and I reside in the village of North Collins and for fun we are always working on new home projects and spending time with our family and friends.

I am writing to you today to represent my brother, William Sywak, who has a case in your court. William is my half brother, where we share the same mother. We grew up together within the same household and for a large sum, were raised by our mother. Throughout our life, our mother stressed the importance of respect, hard work and love. I can say, with confidence, that my brother has all three of these qualities.

William is respectful. Since childhood, I have never seen him talk back to our mother or other members of our family. He has manners and knows his place. He has always been a respectful older brother, stepping in at times he's needed or giving advice where he sees fit. William and I have rarely ever fought or had sibling rivalry.

William is a hard worker. He has always had a steady job with income. He works to support and provide the best for his family and himself. He has purchased a beautiful home in Arcade for himself, his fiance, and son. He continually works hard to make his house presentable from the inside and out.

And lastly, William is a generous and loving human being. William is selfless and wouldn't hesitate to help others if asked. I would feel comfortable counting on him if I needed anything at all. I am so happy to say that he and my fiance have got along since day one as William has welcomed my fiance with open arms. As much as I don't want to admit, they get along too well as if they are the same person. Like many siblings, we don't fully express our love for one another but it's not hard to know that William has the uttermost love for myself and our other brother.

But most importantly, William is a wonderful father. When I first learned about the pregnancy, my heart was instantly full with joy that William was settling down to start a family he has always talked about. His son is a beautiful, funny, and wonderful 10 month old. He has the biggest smile

when his dad comes home from work or when he is picked up from his aunt's house. It is so hard to put into words, what a beautiful thing to witness all the love and excitement he has for his son.

With all of this being said, it came as a shock to me the day I was notified of his arrest. I distinctly remember the day his fiance called me to tell me the news because to be quite honest, I was very sad that others sought him to be a criminal. I couldn't even bear to watch the news to see his picture on the television. In many eyes, William is not a criminal and was just in the wrong place at the wrong time. So if anything is going to come out of this letter, please have mercy on William. You may think because I am his sister, I have skewed feelings, but it's not hard to show that William has worked hard to get where he is in life. He is in an exciting part of life and beginning a new chapter; home owner, soon to be husband, father. I beg you, treat William with leniency and let him prove that he is a good man.

Respectfully,

Rhiley Sibiga

*Rhiley Sibiga*

**EXHIBIT D**

May 3, 2022

Honorable Rudolph Contreras,
United States District Judge
United States Court House
333 Constitution Avenue
Washington, District of Columbia 20001

Re: William Jason Sywak

Dear Judge Contreras:

    My name is Barbara A. Grande. I am the grandmother of William Jason Sywak. I am retired from Western New York Developmental Center in West Seneca, New York. I was a developmental aide for mentally and physically handicapped individuals for twenty-five years.

    I am asking for leniency for my grandson. William is a fine young man. He works everyday and takes care of his nine month old son. He watches the baby after he works so his son's mother can then go to work. Usually she works twenty-four hour shifts. William is a reliable person, kind, thoughtful and considerate to other people. I know that William is very remorseful and regrets all that has happened at the Capital on January 6, 2021.

Respectfully,

*Barbara A. Grande*

Barbara A. Grande



**EXHIBIT E**

# GENERAL WELDING & FABRICATING, INC.
### Western New York's Truck Equipment Center
### Truck Equipment, Utility Trailers, Custom Fabrication

May 27, 2022

Honorable Rudolph Contreras
United States District Judge
c/o MaryBeth Covert
Assistant Federal Public Defender
300 Pearl St – Suite 200
Buffalo, NY 14202

Dear Honorable Judge Contreras;

    My name is Dale Fleming. I am 42 years old and I currently work as the shop manager at General Welding & Fabricating, Inc in Elma NY. I have known William Sywak for 5 years as I am his manager at General Welding. William is a hard-working employee that is always on time and gives 100% to his job every day. He always helps with extra projects, mobile welding jobs and is always willing to work overtime when needed. William has worked hard the past 5 years to purchase his first house and start a family. He and his wife recently had a baby boy.

William also works with our customers here at General Welding both in the shop and on the job site. He is very respectful and goes the extra mile for the customers to make sure they get what the want and need. We have never had a complaint about William's honesty, loyalty or job performance.

Being Williams boss for 5 years, I was shocked to hear he was convicted of a crime. I believe William is on course to turn life around on the mistake he made. William and I have had conversations about what happened and he has always been very remorseful. William wishes he had never attended the rally and would like to move on and improve himself.

I have noticed William not being his true self after the incident and I know he is truly sorry for what happened. He would like a second chance to prove himself. I would like to see William treated with leniency and mercy.

Thank you for taking the time to read this.

Sincerely,

*[signature]*

Dale Fleming

---

991 Maple Road * Elma, NY 14059 * (716) 652-0033 * Fax (716) 652-0746
60 Saginaw Drive * Rochester, NY 14623 * (585) 697-7660 * Fax (585) 697-1012
www.gwfab.com * email - sales@gwfab.com

**EXHIBIT F**

Honorable Rudolph Contreras

United States District Judge

C/O MaryBeth Covert

Assistant Federal Public Defender

300 Pearl Street, Suit 200

Buffalo, Ny 14202

My name is Jake Aplin, I am 28 years of age, I am a Welder and Fabricator for General Welding and Fabrication. In my free time I also enjoy creating my own metal art along with rebuilding motorcycles. I've known William for 6 years, we met through work and became friends Instantly. The reason he and I easily became friends is because of his kindness, generosity and his need to selfishly help others, always with any task between work and home.

In my personal belief I do not agree with the actions that William has committed. I also do not believe he intentionally went into the course of action with any negative or destructive intentions. He is a wonderful friend, father, and coworker along with a very supportive fiance.

William has shown a lot of remorse since his actions and is aware of the situation. He has a lot of regret towards his actions.

*Jake Aplin*